# EXHIBIT A

## JOANNE KEOVONGSAVANG

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | Alan Jackson | Chattahoochee | Lot About Livin' (And a Little 'bout Love) | 147-716 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Make Me Bad | Issues | 276-133 |
| Virgin Records America, Inc. | Smashing Pumpkins | Everlasting Gaze | Machina/The Machine of God | 278-424 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | Truly Madly Deeply | Savage Garden | 299-097 |
| SONY BMG MUSIC ENTERTAINMENT | Mary Chapin Carpenter | I Take My Chances | Come On Come On | 145-470 |
| Capitol Records, Inc. | Grand Funk Railroad | We're An American Band | We're An American Band | N-9482 |