AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## DISTRICT OF RHODE ISLAND

SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 06 124 ML

**SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and VIRGIN RECORDS AMERICA, INC., a California corporation,**

v.

**JOANNE KEOVONGSAVANG**

TO:
**JOANNE KEOVONGSAVANG**
**561 Manville Rd.**
**Woonsocket, RI 02895-5553**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

**James E. O'Neil**
**The Meadows, Suite A103**
**1130 Ten Rod Road**
**North Kingstown, RI 02852**
**Phone (401) 667-7111**
**Fax (401) 667-7112**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

3-17-06
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

FILED

2006 MAR 27 A 1:58

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 3-20-06 |
| NAME OF SERVER Alfred J. Harris | TITLE Alfred J. Harris Authorized Federal Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served 561 Manville Rd Woonsocket APT 3

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted ____________

☐ Other (specify) ____________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 10.00 | 40.00 | 50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-20-06
Date

[signature]
*Signature of Server*

ALFRED J. HARRIS
CONSTABLE
P.O. BOX 1107
PAWTUCKET R.I. 02862
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.