**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITAL RECORDS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and VIRGIN RECORDS AMERICA, INC., a California corporation**

**Plaintiffs,**

**V.** **Civil No. 06-124** ML

**JOANNE KEOVONGSAVANG,**

**Defendant,**

## ANSWER

**AFFIRMATIVE DEFENSES:**

**FIRST AFFIRMATIVE DEFENSE:**

As their first affirmative defense defendant states that the Statute of limitations has lapsed in that it has been more than three years since defendant has had access to music down load capability.

**SECOND AFFIRMATIVE DEFENSE:**

As their second affirmative defense, defendant claims the defense of assumption of the risk.

**THIRD AFFIRMATIVE DEFENSE:**

As their third affirmative defense, defendant claims the defense of payment and license for all songs that are available digitally on what is commonly known as the "internet".

**FOURTH AFFIRMATIVE DEFENSE:**

As their fourth affirmative defense, defendant claims the defense of waiver of their copyright protections .

## ANSWER

1. Defendant lacks the knowledge or information necessary to admit or deny.

2. Defendant lacks the knowledge or information necessary to admit or deny.
3. Defendant lacks the knowledge or information necessary to admit or deny.
4. Defendant lacks the knowledge or information necessary to admit or deny.
5. Defendant lacks the knowledge or information necessary to admit or deny.
6. Defendant lacks the knowledge or information necessary to admit or deny.
7. Defendant lacks the knowledge or information necessary to admit or deny.
8. Defendant lacks the knowledge or information necessary to admit or deny.
9. Defendant lacks the knowledge or information necessary to admit or deny.
10. Defendant lacks the knowledge or information necessary to admit or deny.
11. Defendant lacks the knowledge or information necessary to admit or deny.
12. Deny.
13. Defendant lacks the knowledge or information necessary to admit or deny.
14. Deny.
15. Deny.
16. Deny

WHEREFORE, defendant in the above-entitled matter respectfully points to the fact that plaintiff has requested money damages and therefore has an adequate remedy at law; as such the equitable remedy should be dismissed. Defendant further requests that the entire action be dismissed as failing to adequately and particularly state a claim for which a legal remedy can be granted.

Respectfully submitted
Joanne Keovongsavang
By her Attorney,

Richard H. James

Richard H. James, Esquire RI Bar ID 4874
Keven A. McKenna Law, PC
23 Acorn Street
Providence, RI 02915
401-273-8200-phone
401-521-5820-fax

**CERTIFICATION**

I hereby certify that I mailed a copy of this document to Attorney James E. O'Neil, Esquire, The Meadows, Suite A103, 1130 Ten Rod Road, North Kingstown, RI 02852on the 10 day of April, 2006. I also faxed a copy of the same to him at 401-667-7112 on this date.

Richard H. James