**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITAL RECORDS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and VIRGIN RECORDS AMERICA, INC., a California corporation**

**Plaintiffs,**

**v.** **Civil No. 06-124** ML

**JOANNE KEOVONGSAVANG,**

**Defendant,**

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of the defendant in the above entitled matter.

Respectfully submitted

Richard H. James

Richard H. James, Esquire RI Bar ID 4874
Keven A. McKenna Law, PC
23 Acorn Street
Providence, RI 02915
401-273-8200-phone
401-521-5820-fax

**CERTIFICATION**

I hereby certify that I mailed a copy of this to James E. O'Neil, Esquire, The Meadows, Suite A103, 1130 Ten Rod Road, North Kingstown, RI 02852 on the 10th day of April, 2006. I also faxed a copy of the same to him at 401-667-7112 on this date.

Richard H. James