**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and VIRGIN RECORDS AMERICA, INC., a California corporation,

Plaintiffs,

v.

JOANNE KEOVONGSAVANG,

Defendant.

Civil No. CA06-124ML

Judge Mary M. Lisi

**ORDER**

UPON CONSIDERATION of Plaintiffs' Unopposed Motion to Extend All Deadlines 60 Days, there being no opposition from Defendant, and for good cause shown, Plaintiffs' Motion is hereby GRANTED.

IT IS FURTHER ORDERED:

1. Discovery will be closed by November 29, 2006.

2. Dispositive Motions will be filed by December 13, 2006.

3. All other deadlines and instructions as issued in this Court's Order of July 5, 2006 remain in effect.

4. The parties will promptly notify this Court if the parties reach a settlement.

SO ORDERED:

_____________________________
Mary M. Lisi
United States District Judge
Dated: ______, October, 2006

Entered as an order of this Court on ______________, 2006

_________________________________

Deputy Clerk