**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and VIRGIN RECORDS AMERICA, INC., a California corporation, | Civil No. CA06-124ML |
| Plaintiffs, | Judge Mary M. Lisi |
| v. | |
| JOANNE KEOVONGSAVANG, | |
| Defendant. | |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND ALL DEADLINES 90 DAYS**

Plaintiffs Sony BMG Music Entertainment, Capitol Records, Inc., Arista Records LLC, and Virgin Records America, Inc. (collectively, "Plaintiffs"), respectfully request this Court extend all deadlines in this case 90 days. In support thereof, Plaintiffs state the following:

1. Plaintiffs moved to extend the discovery and dispositive motions deadline 60 days on September 29, 2006. This Court granted the motion to allow the parties to pursue a possible Voluntary Hardship Settlement. The current discovery deadline expires today, November 29, 2006. Plaintiffs respectfully request a second extension to complete the voluntary hardship process and to either resolve the case or complete discovery.

2. Pursuant to Fed. R. Civ. P. 16(b), the Court may modify the discovery order upon a showing of good cause. Plaintiffs respectfully submit that good cause exists in this case. The parties have been attempting to reach a resolution in this case since before the scheduling conference in late June. The parties agreed in late September to go through the voluntary

hardship process. As part of that, Defendant agreed to provide financial documents to Plaintiffs. Unfortunately due to continued illness of Defendant's counsel and Ms. Keovongsavang's new job, which requires extensive out-of-state travel, Defendant did not provide those documents to Plaintiffs until November 28, 2006. Plaintiffs now must evaluate it and determine if a different settlement offer is warranted.

3. Plaintiffs are attempting to resolve this dispute with a minimum of costs to both sides and therefore have delayed compelling discovery responses and taking depositions pending the outcome of the hardship process. That being said, they also would like to preserve their ability to conduct discovery in the event that the parties are unable to settle the dispute. Given that Plaintiffs now have the requested documentation, Plaintiffs request 90 days to allow them to evaluate the documents, obtain answers to any follow-up questions and negotiate settlement or, in the event that they cannot resolve the dispute, to complete discovery.

4. A proposed order is attached for the convenience of the Court.

5. Plaintiffs have discussed a motion to extend the discovery and dispositive motions deadline with Defendant's counsel and counsel has orally consented. However, the parties did not discuss the exact length of extension. Plaintiffs also sent a draft of this motion to Defendant's counsel via email and attempted to contact counsel via telephone but have not heard back.

WHEREFORE, Plaintiffs respectfully request this Court extend all deadlines in this case by 90 days.

Respectfully Submitted

Dated 11/29/06

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 29th Day of November, 2006, a true and correct copy of Plaintiffs' Unopposed Motion to Extend All Deadlines by 90 Days was sent to Defendant's counsel of records via U.S. Mail, postage pre-paid to the following address:

Richard H. James (RI Bar # 4874)
Kevin A. McKenna Law, P.C.
23 Accorn Street
Providence, RI 02915

/s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for Plaintiffs

UNITED STATES
DISTRICT COURT
**DISTRICT OF RHODE ISLAND**

SONY BMG MUSIC ENTERTAINMENT, *et al.*, )
)
Plaintiffs, )
)
v. ) Civil No. CA06-124ML
)
JOANNE KEOVONGSAVANG, ) Judge Mary M. Lisi
)
Defendant. )
)
)

**ORDER**

UPON CONSIDERATION of the Plaintiffs' Unopposed Motion to Extend All Deadlines 90 Days, there being no opposition from Defendant, and for good cause shown, Plaintiffs' Motion is hereby GRANTED.

IT IS FURTHER ORDERED:

1. Discovery will be closed by February 28, 2007.

2. Dispositive Motions will be filed by March 13, 2007.

3. All other deadlines and instructions as issued in this Court's Order of July 5, 2006 remain in effect.

4. The parties will promptly notify this Court if the parties reach a settlement.

SO ORDERED:

______________________________
Mary M. Lisi
United States District Judge
Dated: ______ ______, 2006

Entered as an order of this Court on ______________, 2006

_________________________________
Deputy Clerk