**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and VIRGIN RECORDS AMERICA, INC., a California corporation, | Civil No. CA06-124ML |
| Plaintiffs, | Judge Mary M. Lisi |
| v. | |
| Joanne Keovongsavang, | |
| Defendant. | |

**NOTICE OF DEPOSITION**

TO: Defendant, Joanne Keovongsavang, through defendant's counsel of record:
Richard James

23 Acorn Street

Providence, RI 02903

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, plaintiffs will take the deposition of Joanne Keovongsavang on February 28, 2007 at 10:00 a.m. and continuing thereafter until completed at the offices of James E. O'Neil, The Meadows, Suite A-103, 1130 Ten Rod Road, North Kingston, RI, before a notary public and certified shorthand reporter qualified to administer oaths and take testimony in the State of RI.

Respectfully Submitted,

Dated: February 22, 2007

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for SONY BMG MUSIC ENTERTAINMENT; CAPITOL RECORDS, INC.; ARISTA RECORDS LLC; and VIRGIN RECORDS AMERICA, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 22, 2007, a copy of the foregoing **NOTICE OF DEPOSITION** was served upon the Defendant via United States Mail as follows:

Richard James
23 Acorn Street
Providence, RI 02903
*Attorney for Defendant*

/s/James E. O'Neil, Esq.
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852