## Jeffrey Blair

**From:** Richard James [rilasaje@cox.net]
**Sent:** Wednesday, September 20, 2006 2:58 PM
**To:** Jeffrey Blair
**Subject:** RE: Keovongsavang -- hardship and discovery responses

Jeff,

I have been out from an injury related to a past accident. I will get on this ASAP.

Richard H. James

---

**From:** Jeffrey Blair [mailto:Jeffrey.Blair@hro.com]
**Sent:** Friday, September 08, 2006 5:53 PM
**To:** rilasaje@cox.net
**Cc:** Jeffrey Blair
**Subject:** Keovongsavang -- hardship and discovery responses

Mr. Richard,

I am writing to follow-up on the hardship documents you said that you would get me as well as your responses to our discovery. Discovery was served upon you on July 28, 2006. To date, we have received no responses. We also have no hardship documents. Based on this, I have little choice but to assume that you are not interested in pursuing the voluntary hardship. In that case, your discovery responses are overdue. These include our requests for admission, which under Rule 36 are deemed admitted if not denied w/in 30 days.

Please contact me at your earliest convenience to discuss this case. We need to move it towards settlement or towards trial.

Thanks in advance,
Jeff Blair

HRO Experience Listens. Be Heard. "!"

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

FEDERAL TAX ADVICE DISCLAIMER We are required by U. S. Treasury Regulations to inform you that, to the extent this message includes any federal tax advice, this message is not intended or written by the sender to be used, and cannot be used, for the purpose of avoiding federal tax penalties.