UNITED STATES
DISTRICT COURT
**DISTRICT OF RHODE ISLAND**

SONY BMG MUSIC ENTERTAINMENT, *et al.*,)
)
Plaintiffs, )
)
v. ) Civil No. CA06-124ML
)
JOANNE KEOVONGSAVANG, ) Judge Mary M. Lisi
)
Defendant. )
)
)

# ORDER

UPON CONSIDERATION of the Plaintiffs' Motion to Extend All Deadlines 60 Days, and for good cause shown, Plaintiffs' Motion is hereby GRANTED.

IT IS FURTHER ORDERED:

1. Defendant is ordered to respond completely, and without objection, to Plaintiffs' Interrogatories and Requests for Production within 10 days of this Order.

2. Plaintiffs' Requests for Admission are hereby deemed admitted due to Defendant's failure to respond or object.

3. The discovery deadline is extended to April 30, 2007.

4. Dispositive Motions will be filed by May 14, 2007.

5. All other deadlines and instructions as issued in this Court's Order of July 5, 2006 remain in effect.

6. The parties will promptly notify this Court if the parties reach a settlement.

SO ORDERED:

____________________________

Mary M. Lisi
United States District Judge
Dated: __________, 2007

Entered as an order of this Court on _______________, 2007

___________________________________

Deputy Clerk