FILED
2006 JUN -6 PM 12: 27
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ________
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**SONY BMG MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORP., UMG RECORDINGS, INC., CAPITAL RECORDINGS, INC., BMG MUSIC, and ELEKTRA ENTERTAINMENT GROUP, INC.,**
**Plaintiffs,**

**-vs-** **Case No. A-04-CA-1055-SS**

**MONA BELL,**
**Defendant.**

**JUDGMENT**

BE IT REMEMBERED on the 6th day of June 2006, the Court entered its order granting summary judgment on behalf of the Plaintiffs, and the Court enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiffs' Amended Motion for Summary Judgment [#30] is GRANTED and Defendant Mona Bell shall pay Plaintiffs statutory damages of $27,750.00 plus costs of suit, with interest accruing on said judgment at the rate of 5.03 percent per annum until paid, for which let execution issue against Defendant Mona Bell; and

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Defendant Mona Bell shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of

Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

SIGNED this the 6th day of June 2006.

Sam Sparks

SAM SPARKS
UNITED STATES DISTRICT JUDGE