IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

INTERSCOPE RECORDS,
a California general partnership;
SONY BMG MUSIC ENTERTAINMENT,
a Delaware general partnership; ELEKTRA
ENTERTAINMENT GROUP INC.,
a Delaware corporation; CAPITOL
RECORDS, INC., a Delaware corporation;
and ATLANTIC RECORDING CORPORATION,
a Delaware corporation,

Plaintiffs,

v. Case No. 3:05cv140TSLAGN

RACHEL HART,

Defendant.

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiffs' Motion For Default Judgment, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the seven sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Five Thousand Two Hundred Fifty Dollars ($5,250.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Two Hundred Eighty-Five Dollars ($285.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "I'm A Thug," on album "Thugs Are Us," by artist "Trick Daddy" (SR# 303-748);
- "Drug Ballad," on album "The Marshall Mathers LP," by artist "Eminem" (SR# 287-944);
- "Hate Me Now," on album "I Am," by artist "Nas" (SR# 175-149);
- "Jumpin' Jumpin'," on album "The Writing's on the Wall," by artist "Destiny's Child" (SR# 268-936);
- "Every Time I Close My Eyes," on album "The Day," by artist "Babyface" (SR# 231-025);
- "Little Head," on album "ReadySexGo," by artist "Marvelous 3" (SR# 267-236);
- "Sex and Candy," on album "Marcy Playground," by artist "Marcy Playground" (SR# 240-954);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

SO ORDERED AND ADJUDGED, on this the 6th day of June, 2005.

/s/ Tom S. Lee
United States District Judge

Submitted by:

s/Thomas C. Anderson
Thomas C. Anderson, MB No. 9711
Balch & Bingham LLP
Post Office Box 130
Gulfport, MS 39502
Telephone: (228) 864-9900
Facsimile: (866) 811-7360