**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and VIRGIN RECORDS AMERICA, INC., a California corporation,

Plaintiffs,

v.

JOANNE KEOVONGSAVANG,

Defendant.

Civil No. CA06-124ML

Judge Mary M. Lisi

**DECLARATION OF JEFFREY C. BLAIR**

I, JEFFREY C. BLAIR, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of Colorado and the United States District Court for the District of Colorado. I will be applying for admission *pro hac vice* in this case forthwith. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. Attached as **Exhibit A** is a copy of Requests to Admit that co-counsel, James O'Neil, mailed to the defendant Joanne Keovongsavang on July 31, 2006. Included in this exhibit is our Certificate of Service. Defendant's responses were due on or about August 30, 2006.

3. On September 8, 2006, I e-mailed Defendant's attorney regarding the overdue discovery responses. On September 20, 2006, Defendant's attorney responded and explained that due to a serious medical condition, he had been unable to respond but that he would "get on this ASAP." A copy of this e-mail exchange is attached as **Exhibit B**

4. In October and early November 2006, I attempted three separate times to contact Defendant's counsel, without success.

5. On November 6, 2006, I sent a letter to Defendant's attorney stating that he must provide discovery responses immediately or Plaintiffs will file a Motion to Compel and a Motion for Summary Judgment based on deemed admissions. A copy of this letter is attached hereto as **Exhibit C**.

6. On November 10, 2006, out of an abundance of caution, I re-sent the discovery requests, via facsimile, to co-counsel for Defendant, Dawn Vigue. A copy of the fax cover sheet confirming transmission is attached hereto as **Exhibit D.**

7. Plaintiffs have not receive any response to the Requests to Admit served on the defendant on July 31, 2006.

8. Copies of the Copyright Registrations for the Sound Recordings listed in Exhibit A to the Complaint are attached hereto as **Exhibit E.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

JEFFREY C. BLAIR



#1229003 v1