UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and VIRGIN RECORDS AMERICA, INC., a California corporation, | Civil No. CA06-124ML |
| Plaintiffs, | Judge Mary M. Lisi |
| v. | |
| JOANNE KEOVONGSAVANG, | |
| Defendant. | |

**FIRST SET OF REQUEST FOR ADMISSIONS**

TO: Defendant
Joanne Keovongsavang
561 Manville Rd.
Woonsocket, Ri 02895-5553

Plaintiffs request that Defendant admit the truth of the following matters pursuant to Federal Rule of Civil Procedure 36. Under the provisions of Rule 36, you are required to respond to these Requests for Admission, in writing, within thirty (30) days of service of these Requests. Your response must be signed as required by Federal Rule of Civil Procedure 26(g)(2). If you fail to fully respond to these Requests for Admission within the time allowed the matters set forth in these Requests may be deemed admitted and conclusively established against you for purposes of this action.

**DEFINITIONS AND INSTRUCTIONS**

A. "YOU" or "YOUR" shall mean and refer to defendant Joanne Keovongsavang, or anyone acting under his direction.

B. "PERSON(S)" means and includes any natural person or any business, legal or governmental entity or association.

C. "SOUND RECORDINGS" means works that result from the fixation of a series of musical, spoken, or other sounds including, but not limited to, recordings of music.

D. "PLAINTIFFS' EXHIBIT A RECORDINGS" means the SOUND RECORDINGS listed on Exhibit A to the Complaint.

E. "ONLINE MEDIA DISTRIBUTION SYSTEM" means any Internet-based system including, but not limited to, KaZaA, Grokster, MusicCity, BearShare, Limewire, iMesh, FastTrack, e-Donkey, and Gnutella, that enables users to copy SOUND RECORDINGS from, and/or distribute SOUND RECORDINGS to, other users of the system.

F. "SERVICE PROVIDER" means Cox Communications, Inc..

G. "COMPUTER" means all computers and computer components located within YOUR place of residence or otherwise within YOUR possession, custody, or control that had access to the Internet at any time during the preceding three years through YOUR account with SERVICE PROVIDER.

H. "MADE AVAILABLE" or "MAKE AVAILABLE" means storing a file or content on the COMPUTER hard drive in a manner such that the file or content may be accessed by members of the public and/or other users of an ONLINE MEDIA DISTRIBUTION SYSTEM including, but not limited to, by placing the file or content in a "share" folder associated with an ONLINE MEDIA DISTRIBUTION SYSTEM.

## REQUEST FOR ADMISSIONS

### REQUEST FOR ADMISSION NO. 1:

Admit that YOU subscribed to the Internet service provided by SERVICE PROVIDER, that connected the COMPUTER to the Internet as of April 23, 2004.

**REQUEST FOR ADMISSION NO. 2:**

Admit that YOU owned the COMPUTER as of April 23, 2004.

**REQUEST FOR ADMISSION NO. 3:**

Admit that YOU had the right and ability to supervise or control the use of the COMPUTER as of April 23, 2004.

**REQUEST FOR ADMISSION NO. 4:**

Admit that YOU knew that the COMPUTER had been used to download or MAKE AVAILABLE copyrighted SOUND RECORDINGS on or before April 23, 2004.

**REQUEST FOR ADMISSION NO. 4:**

Admit that YOU downloaded an ONLINE MEDIA DISTRIBUTION SYSTEM to the COMPUTER.

**REQUEST FOR ADMISSION NO. 5:**

Admit that an ONLINE MEDIA DISTRIBUTION SYSTEM was downloaded to the COMPUTER.

**REQUEST FOR ADMISSION NO. 6:**

Admit that YOU knew an ONLINE MEDIA DISTRIBUTION SYSTEM was downloaded to the COMPUTER.

**REQUEST FOR ADMISSION NO. 7:**

Admit that YOU have used the user screen name "Craftiii@KaZaA" while connected to an ONLINE MEDIA DISTRIBUTION SYSTEM.

**REQUEST FOR ADMISSION NO. 8:**

Admit that Exhibit B to the Complaint is a true and correct copy of YOUR share folder as it currently exists, or as it existed at any point in the past three years during the preceding three years before the Complaint in this action was filed.

**REQUEST FOR ADMISSION NO. 9:**

Admit that Exhibit B to the Complaint accurately lists material YOU have MADE AVAILABLE via an ONLINE MEDIA DISTRIBUTION SYSTEM within the past three years.

**REQUEST FOR ADMISSION NO. 10:**

Admit that each of the file names listed on Exhibit B to the Complaint accurately depicts the artist and title of the SOUND RECORDINGS actually contained within those files as they reside or resided on the COMPUTER.

**REQUEST FOR ADMISSION NO. 11:**

Admit that YOU downloaded each of PLAINTIFFS' EXHIBIT A RECORDINGS onto the COMPUTER using an ONLINE MEDIA DISTRIBUTION SYSTEM.

**REQUEST FOR ADMISSION NO. 12:**

Admit that when YOU downloaded each of PLAINTIFFS' EXHIBIT A RECORDINGS onto THE COMPUTER, YOU knew that downloading such SOUND RECORDINGS was illegal.

**REQUEST FOR ADMISSION NO. 13:**

Admit that each Plaintiff listed as owning a copyright in one or more of PLAINTIFFS' EXHIBIT A RECORDINGS on Exhibit A attached to the Complaint in this action, does own or control exclusive rights to the copyright in each such SOUND RECORDING next to which the Plaintiff is listed.

**REQUEST FOR ADMISSION NO. 14:**

Admit that YOU have no evidence to dispute that each Plaintiff listed as owning a copyright in one or more of PLAINTIFFS' EXHIBIT A RECORDINGS on Exhibit A attached to the Complaint in this action, does own or control exclusive rights to the copyright in each such SOUND RECORDING next to which the Plaintiff is listed.

**REQUEST FOR ADMISSION NO. 15:**

Admit that each of PLAINTIFFS' EXHIBIT A RECORDINGS was duly registered with the United States Copyright Office prior to the first date on which YOU downloaded or MADE AVAILABLE each such SOUND RECORDING.

**REQUEST FOR ADMISSION NO. 16:**

Admit that YOU have no evidence to dispute that each of PLAINTIFFS' EXHIBIT A RECORDINGS were duly registered with the United States Copyright Office prior to the first date on which you downloaded or MADE AVAILABLE each such SOUND RECORDING.

**REQUEST FOR ADMISSION NO. 17:**

Admit that all of PLAINTIFFS' EXHIBIT A RECORDINGS bore United States copyright notices over the last three years prior to the filing of the Complaint in this case.

**REQUEST FOR ADMISSION NO. 18:**

Admit that YOU had access to copies of PLAINTIFFS' EXHIBIT A RECORDINGS, which bore United States copyright notices over the last three years prior to the filing of the Complaint in this case.

**REQUEST FOR ADMISSION NO. 19:**

Admit that each copyright registration for each sound recording identified in PLAINTIFFS' EXHIBIT A RECORDINGS is valid.

**REQUEST FOR ADMISSION NO. 20:**

Admit that YOU have no evidence to dispute that each copyright registration for each sound recording identified in PLAINTIFFS' EXHIBIT A RECORDINGS is valid.

**REQUEST FOR ADMISSION NO. 21:**

Admit that none of Plaintiffs have ever authorized YOU to copy or download any of PLAINTIFFS' EXHIBIT A RECORDINGS onto a computer hard drive.

**REQUEST FOR ADMISSION NO. 22:**

Admit that when YOU downloaded each of PLAINTIFFS' EXHIBIT A RECORDINGS onto THE COMPUTER, YOU willfully infringed the copyright in each sound recording.

**REQUEST FOR ADMISSION NO. 23:**

Admit that on or before the date of the filing of the Complaint in this action YOU MADE AVAILABLE PLAINTIFFS' EXHIBIT A RECORDINGS via an ONLINE MEDIA DISTRIBUTION SYSTEM.

**REQUEST FOR ADMISSION NO. 24:**

Admit that none of Plaintiffs ever has authorized YOU to MAKE AVAILABLE PLAINTIFFS' EXHIBIT A RECORDINGS to be downloaded or copied onto the computer hard drive of any other PERSON.

**REQUEST FOR ADMISSION NO. 25:**

Admit that after YOU received the Complaint in this action, YOU deleted some or all of PLAINTIFFS' EXHIBIT A RECORDINGS from the COMPUTER.

**REQUEST FOR ADMISSION NO. 26:**

Admit that after YOU received the Complaint in this action, you continued to download SOUND RECORDINGS to the COMPUTER using an ONLINE MEDIA DISTRIBUTION SYSTEM.

**REQUEST FOR ADMISSION NO. 27:**

Admit that after YOU received the Complaint in this action, YOU continued to MAKE AVAILABLE via an ONLINE MEDIA DISTRIBUTION SYSTEM all of PLAINTIFFS' EXHIBIT A RECORDINGS.

**REQUEST FOR ADMISSION NO. 28:**

Admit that each sound recording identified in PLAINTIFFS' EXHIBIT A RECORDINGS is identical to each corresponding SOUND RECORDING registered with the United States Copyright Office.

**REQUEST FOR ADMISSION NO. 29:**

Admit that YOU have no evidence to dispute that each sound recording identified in PLAINTIFFS' EXHIBIT A RECORDINGS is identical to corresponding sound recording registered with the United States Copyright Office.

Respectfully submitted,

Dated: 7/31/06

By: James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for SONY BMG MUSIC ENTERTAINMENT; CAPITOL RECORDS, INC.; ARISTA RECORDS LLC; and VIRGIN RECORDS AMERICA, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 31st day of July 2006, a copy of the foregoing **FIRST SET OF REQUESTS FOR ADMISSIONS** was served upon the Defendant via United States Mail at the following address:

Joanne Keovongsavang
561 Manville Rd.
Woonsocket, Ri 02895-5553
*Defendant*

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852