HRO

Holme Roberts & Owen LLP
*Attorneys at Law*

DENVER
BOULDER
COLORADO SPRINGS
LONDON
LOS ANGELES
MUNICH
SALT LAKE CITY
SAN FRANCISCO

November 6, 2006

Mr. Richard James
23 Acorn Street
Riverside, RI 02915

Re: Sony BMG Music Entertainment, et al. v. Joanne Keovongsavang, United States District Court for the District of Rhode Island, Case No.: CA 06-124ML

Dear Mr. James:

I am writing to ask that you contact me at your earliest convenience to discuss this case. On October 9, 2006, the Court granted our Stipulated Motion to extend the discovery deadline for sixty days. The reason we gave the Court for the sixty day extension was to allow us to pursue the hardship process and to try and resolve this case. To date, I have received absolutely zero documents from you regarding the hardship process. I have tried to contact you repeatedly over the last three and a half weeks, but have gotten no response. I also have never had any response to any of our discovery requests that we sent to you over three months ago.

I therefore ask that you either get us the financial hardship documents and discovery responses no later than close of business Thursday, November 9, 2006. If I do not hear from you by that time, I will have no choice but to file a Motion to Compel Discovery Responses and to have our Requests for Admissions deemed admitted. I will then file a Motion for Summary Judgment based on those deemed admissions. I do not mean this as a threat, but have no other way to move this case forward towards resolution.

Finally, I ask you to discuss with your client available dates between now and the end of November in which she and the members of her family would be available for depositions. As the week of November 20th through the 24th is Thanksgiving, please consider the dates of the 27th through 30th of November.

Again, please contact me at your earliest opportunity to discuss this case.

Sincerely,

Jeffrey C. Blair

Jeffrey C. Blair 303.866.0625 jeffrey.blair@hro.com
1700 Lincoln Street, Suite 4100 Denver, Colorado 80203-4541 *tel* 303.861.7000 *fax* 303.866.0200

#1203173 v1