*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2956 |
| RECIPIENT ADDRESS | 3964#48983#00010#14015215820# |
| DESTINATION ID | |
| ST. TIME | 11/10 09:29 |
| TIME USE | 07'00 |
| PAGES SENT | 29 |
| RESULT | OK |

HRO

Holme Roberts & Owen LLP
*Attorneys at Law*

1700 Lincoln Street, Suite 4100
Denver, Colorado 80203-4541
*tel* 303.861.7000
*fax* 303.866.0200
*www.hro.com*

# FACSIMILE

| Name / Company: | Fax: | Phone: |
|---|---|---|
| Dawn Vigue | (401)521-5820 | |

Date: November 10, 2006

Billing: 48983-00010

From: Jeffrey C. Blair    Atty / User #: 3964

NUMBER OF PAGES FOLLOWING THIS COVER SHEET: 28

If the top of this fax shows that it was transmitted from 303-866-0200, please call our Copy Center at 303-866-0362 if there are any transmission problems. *If you do not call the Copy Center within 15 minutes, they will assume you have received the pages satisfactorily and will return the originals to the sender.* Otherwise, please contact **Kelly Gerrish**, at the following number: **303-866-0262.**

BRIEF DESCRIPTION OR MESSAGE:

Dawn,

It was a pleasure speaking with you.. Good luck on all your catch-up. Sort of like drinking from the fire hose. I tried to email you but my emails got returned as undeliverable. Thus, the fax. Attached is our discovery. Unsigned but in word form (should make a response easier) and the hardship declaration. Please keep me posted on the hardship docs. As I mentioned, we're up against some deadlines and we need to make sure that I don't get in trouble with the Court.

Please send all docs to this email or fax number below. You can snail mail the original signatures later. I need the hardship docs by close of business next Thursday, November 16, 2006. If for some reason this is not possible, please let me know.

Thanks. I look forward to working with you to get this resolved.

Jeff

HRO

Holme Roberts & Owen LLP
*Attorneys at Law*

1700 Lincoln Street, Suite 4100
Denver, Colorado 80203-4541
*tel* 303.861.7000
*fax* 303.866.0200
*www.hro.com*

# FACSIMILE

| Name / Company: | Fax: | Phone: |
|---|---|---|
| Dawn Vigue | (401)521-5820 | |

Date: November 10, 2006

Billing: 48983-00010

From: Jeffrey C. Blair    Atty / User #: 3964

NUMBER OF PAGES FOLLOWING THIS COVER SHEET: 28

If the top of this fax shows that it was transmitted from 303-866-0200, please call our Copy Center at 303-866-0362 if there are any transmission problems. *If you do not call the Copy Center within 15 minutes, they will assume you have received the pages satisfactorily and will return the originals to the sender.* Otherwise, please contact **Kelly Gerrish**, at the following number: **303-866-0262.**

BRIEF DESCRIPTION OR MESSAGE:

Dawn,

It was a pleasure speaking with you.. Good luck on all your catch-up. Sort of like drinking from the fire hose. I tried to email you but my emails got returned as undeliverable. Thus, the fax. Attached is our discovery. Unsigned but in word form (should make a response easier) and the hardship declaration. Please keep me posted on the hardship docs. As I mentioned, we're up against some deadlines and we need to make sure that I don't get in trouble with the Court.

Please send all docs to this email or fax number below. You can snail mail the original signatures later. I need the hardship docs by close of business next Thursday, November 16, 2006. If for some reason this is not possible, please let me know.

Thanks. I look forward to working with you to get this resolved.

Jeff

**CONFIDENTIALITY NOTE:** The information contained in this facsimile transmittal sheet and in any document(s) that follow is for the exclusive use of the addressee and may contain confidential, privileged and nondisclosable information. If the recipient of this facsimile is not the addressee, or a person responsible for delivering this facsimile to the addressee, such recipient is strictly prohibited from reading, photocopying, distributing or otherwise using this facsimile transmission or its contents in any way. If the recipient has received this facsimile transmission in error, please call us immediately and return the facsimile transmission to us via the postal service. Thank you.