f. 90028

# Application for Registration of a Claim to Copyright in a published sound recording

FORM N

REGISTRATION NO. N 9482

DO NOT WRITE HERE NF NFO N

CLASS N

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be **SIGNED** at line 11. The application should not be submitted until after the date of publication given in line 5 (a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name should be the same as in the notice of copyright on the copies deposited. If, instead of the name of the copyright owner, the notice contains an abbreviation by which the name can be recognized or a generally known alternative designation of the owner, see page 4 under *Alternative Form of Notice.*

Name: Capitol Records, Inc.

Address: 1750 North Vine Street, Hollywood, California 90028

Name:

Address:

**2. Title:** We're An American Band SMAS-11207 as recorded by Grand Funk Railroad

(Give title of sound recording as it appears on the copies; also catalog number if one appears on the copies)

ept works

**3. (a) Description of Sound Recording Deposited:** Stereo Disc

(Characterize the general type of sound recording; for example, disc, open-reel tape, cartridge, cassette, etc.)

outside the

**(b) Nature of Material Recorded:** Music

(Characterize the general type of material recorded: for example, music, drama, narration, etc.)

**4. Author of This Sound Recording:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. The citizenship of organizations formed under U.S. Federal or State law should be stated as U.S.A. If the copyright claim is based on new matter (see line 6) give information about the author of new matter.

f . rica

Name: Capitol Records, Inc. Citizenship: USA (Name of country)

l States of

Domiciled in U.S.A. Yes X No ____ Address: 1750 N. Vine, Hollywood, California 90028

Name: Citizenship: (Name of country)

Domiciled in U.S.A. Yes ____ No ____ Address:

**5. (a) Date of Publication of This Sound Recording:** Give the complete date when copies of this particular sound recording were first placed on sale, sold, or publicly distributed. The date when the sound recording was fixed or the date when copies were reproduced should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

July 30, 1973

(Month) (Day) (Year)

**(b) Place of Publication of This Sound Recording:** Give the name of the country in which this particular sound recording was first published.

USA

**NOTE: Leave line 6 blank unless the instructions below apply to your work.**

**6. New Matter in This Sound Recording:** If any substantial part of the sounds fixed in this recording has been previously published in another recording, give a brief general statement of the nature of the new matter in this recording. New matter may consist of compilation, editorial revision, abridgment, and the like, as well as additional recorded material.

All new except Side 1, Bands 1 and 3

**NOTE: Leave line 7 blank unless the instructions below apply to your work.**

**7. Fixation before February 15, 1972:** If any substantial part of the sounds published for the first time in this recording was fixed before February 15, 1972, give a brief general statement of the nature of that material. (For further information concerning "fixation," see page 4.)

EXAMINER



*Complete all applicable spaces on next page*

**8. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:**

Capitol Records, Inc.

**9. Name and address of person or organization to whom correspondence and refund, if any, should be sent:**

Name: Capitol Records, Inc., Attn. Secretary    Address: 1750 N. Vine, Hollywood, Calif. 90028

**10. Send certificate to:**

(Type or print name and address)

Name: Capitol Records, Inc., Attn. Carole Haney

Address: 1750 North Vine Street
(Number and street)

Hollywood, California 90028
(City) (State) (ZIP Code)

## 11. Certification:

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

[signature: Carole Haney]
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

| | |
|---|---|
| Class A | Form A—Published book manufactured in the United States of America. |
| Class A or B | Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).<br>Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America. |
| Class B | Form B—Periodical manufactured in the United States of America.<br>Form BB—Contribution to a periodical manufactured in the United States of America. |
| Class C | Form C—Lecture or similar production prepared for oral delivery. |
| Class D | Form D—Dramatic or dramatico-musical composition. |
| Class E | Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.<br>Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America. |
| Class F | Form F—Map. |
| Class G | Form G—Work of art or a model or design for a work of art. |
| Class H | Form H—Reproduction of a work of art. |
| Class I | Form I—Drawing or plastic work of a scientific or technical character. |
| Class J | Form J—Photograph. |
| Class K | Form K—Print or pictorial illustration.<br>Form KK—Print or label used for an article of merchandise. |
| Class L or M | Form L–M—Motion Picture. |
| Class N | Form N—Sound Recording. |
| | Form R—Renewal copyright. |
| | Form U—Notice of use of musical composition on mechanical instruments. |

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received: OCT. 03 1973 | |
| Two copies received: OCT. 03 1973 | |
| Fee received | |
| Renewal | |

# FORM SR
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR 145 470

SR SRU

EFFECTIVE DATE OF REGISTRATION

7 20 92
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

1

TITLE OF THIS WORK ▼

COME ON COME ON/by MARY-CHAPIN CARPENTER (CT 48881)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF MATERIAL RECORDED ▼ See instructions

[X] Musical [ ] Musical-Dramatic
[ ] Dramatic [ ] Literary
[ ] Other

0513002710

2

a NAME OF AUTHOR ▼ Sony Music Entertainment Inc.

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? [X] Yes [ ] No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? [ ] Yes [ ] No; Pseudonymous? [ ] Yes [ ] No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Sound Recordings; some photographic matter

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? [ ] Yes [ ] No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? [ ] Yes [ ] No; Pseudonymous? [ ] Yes [ ] No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? [ ] Yes [ ] No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? [ ] Yes [ ] No; Pseudonymous? [ ] Yes [ ] No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

3

a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases. 1992 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published. Month ▶ June Day ▶ 26 Year ▶ 1992
USA ◀ Nation

4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 1.▼

Sony Music Entertainment Inc.
P. O. Box 4450
New York, New York 10101-4450

See instructions before completing this space.

APPLICATION RECEIVED JUL. 20. 1992

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED JUL 20 1992

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

2

EXAMINED BY DSH

**FORM SR**

CHECKED BY

SR 145 470

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ **Year of Registration** ▼

5

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

6

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Sony Music Entertainment Inc.

Account Number ▼ DAO 63061

7

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Sony Music Entertainment Inc./ATTN: KAREN SHOVLOWSKY

P. O. Box 4450 (51/5/551)

New York, New York 10101-4450

Area Code & Telephone Number ▶ (212) 445-5354

Be sure to give your daytime phone ◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of Sony Music Entertainment Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

8

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

KAREN SHOVLOWSKY

date ▶ 7/16/92

**Handwritten signature (X)** ▼ Karen Shovlowsky

**MAIL CERTIFICATE TO**

Name ▼

ATTN: KAREN SHOVLOWSKY (51/5/551)

Sony Music Entertainment Inc.

Number/Street/Apartment Number ▼

P. O. Box 4450

City/State/ZIP ▼

New York, New York 10101-4450

**Certificate will be mailed in window envelope**

- Complete all necessary spaces
- Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

9

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE · OFFICIAL SEAL · THE LIBRARY OF CONGRESS

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SR**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
SR 147 716

SR SRU

EFFECTIVE DATE OF REGISTRATION
11 (Month) 10 (Day) 92 (Year)

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
A Lot About Livin' (and A Little 'Bout Love)
07822-18711-2
Alan Jackson

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF MATERIAL RECORDED ▼** See instructions
☒ Musical ☐ Musical-Dramatic
☐ Dramatic ☐ Literary
☐ Other

**2**

**NAME OF AUTHOR ▼**
a ARISTA RECORDS, INC.

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ USA / Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
SOUND RECORDING, PHOTOGRAPHY

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**
c

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1992 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Sept Day ▶ 30 Year ▶ 1992
USA ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
Arista Records, Inc.
6 West 57th Street, 10th Floor
New York, NY 10019

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED NOV 10 1992
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED NOV 10 1992
REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

SR 147 716

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FORM SR

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

Arista Records, Inc. DA 024384

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Gabriella Tieppo
Arista Records, Inc.
6 West 57th Street, 10th Floor
New York, NY 10019

Area Code & Telephone Number ▶ (212) 830-2277

Be sure to give your daytime phone ◀ number.

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of Arista Records, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Philip Wild

date ▶ 11/9/92

Handwritten signature (X) ▼

**9**

MAIL CERTIFICATE TO

Certificate will be mailed in window envelope

Name ▼
Gabriella Tieppo
Arista Records, Inc.

Number/Street/Apartment Number ▼
6 West 57th Street, 10th Floor

City/State/ZIP ▼
New York, NY 10019

- Complete all necessary spaces
- Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.