UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SONY BMG MUSIC ENTERTAINMENT,
CAPITOL RECORDS, INC.,
ARISTA RECORDS LLC, and
VIRGIN RECORES AMERICA, INC.

v. CA 06-124 ML

JOANNE KEOVONGSAVANG

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs' Motion for Summary Judgment. Despite having been served with the Motion, Defendant has not filed any response or opposition. Accordingly, the facts as set forth in Plaintiffs' Statement of Undisputed Facts are "deemed admitted." RI Loc Rule Cv 56(a)(3).[1]

The Court has conducted its own review of Plaintiffs' legal arguments and concludes that based on the undisputed facts and the law, Plaintiffs are entitled to judgment. The Court, therefore, adopts the reasoning set forth in Plaintiffs' Memorandum in Support of Motion for Summary Judgment. Plaintiffs are awarded

---

[1]According to Plaintiffs, Defendant has failed to respond to their discover requests as well.

minimum statutory damages in the amount of $4500, injunctive relief as prayed for in the Complaint, and costs in the amount of $250.

It is so ordered:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
April 11, 2007