# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**SONY BMG MUSIC ENTERTAINMENT,**
**CAPITOL RECORDS, INC.,**
**ARISTA RECORDS LLC and**
**VIRGIN RECORDS AMERICA, INC.**

**VS.** **C.A. NO. 06-485ML**

**JOANNE KEOVONGSAVANG**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the plaintiffs, Sony BMG Music Entertainment, Capitol Records, Inc., Arista Records LLC and Virgin Records America, Inc., against the defendant, Joanne Keovongsavang, pursuant to the Memorandum and Order dated April 11, 2007 GRANTING plaintiffs' Motion for Summary Judgment and awarding plaintiffs minimum statutory damages in the amount of $4,500.00 and costs in the amount of $250.00**

Enter:

Barbara Barletta

Deputy Clerk

DATED: April 11, 2007